UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ROBERT JENSEN,

                Plaintiff,                ORDER

       v.                           Case No. 11-cv-158-wmc

J.C. CHRISTENSEN & ASSOCIATES,
INC.,

                Defendant.

---

    The court having been advised by counsel for plaintiff that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 18th day of October, 2011.

                                      William M. Conley
                                      District Judge